**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
TAYLOR RAE HINE,
*on her own behalf and on behalf of others similarly situated,*

         Plaintiff,   Case No. 22-cv-06075 (DGL)

    v.        **NOTICE OF ACCEPTANCE OF DEFENDANT INSOMNIA COOKIES, LLC'S OFFER OF JUDGMENT TO PLAINTIFF TAYLOR RAE HINE**

INSOMNIA COOKIES,
KRISPY KREME INC
 f/d/b/a Krispy Kreme Doughnut of New York
 d/b/a Krispy Kreme, and
SETH BERKOWITZ,

         Defendants.
------------------------------------------------------------------ x

  PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Taylor Rae Hine, through her counsel, hereby accepts and provides notice that she has accepted Defendant Insomnia Cookies, LLC's [named in the pleadings as Insomnia Cookies] Offer of Judgment to Plaintiff Taylor Rae Hine dated June 17, 2022, attached hereto as Exhibit 1.

Dated: Flushing, NY
   July 1, 2022

                Troy Law, PLLC

                */s/ John Troy*
                John Troy
                Tiffany Troy
                41-25 Kissena Boulevard
                Suite 103
                Flushing, NY 11355
                (718) 762-1324
                troylaw@troypllc.com
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant Insomnia Cookies, LLC's Offer of Judgment to Plaintiff Taylor Rae Hine was served on Defendants, including Insomnia Cookies, by causing a copy to be emailed via the Court's CM/ECF system to their attorneys of record.

Dated: Flushing, NY
       July 1, 2022

                                                      TROY LAW, PLLC

                                                      */s/ John Troy*
                                                      John Troy
                                                      Tiffany Troy
                                                      41-25 Kissena Boulevard
                                                      Suite 103
                                                      Flushing, NY 11355
                                                      (718) 762-1324
                                                      troylaw@troypllc.com
                                                      *Attorneys for Plaintiff*