UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
TAYLOR RAE HINES,
*on their own behalf and on behalf of others similarly situated*
                                Plaintiffs,

         v.

INSOMNIA COOKIES
KRISPY KREME INC
   f/d/b/a Krispy Kreme Doughnut of New York
    d/b/a Krispy Kreme
SETH BERKOWITZ

                              Defendants.
---------------------------------------------------------------------x

**Case No.:** 22-cv-06075

NOTICE OF MOTION
FOR ATTORNEYS' FEES
AND COSTS

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of John Troy executed on July 25, 2022, and the exhibits attached thereto, and Memorandum of Law in Support of Plaintiffs Motion od Plaintiffs Motion for Attorney Fees and Costs and all prior papers and proceedings herein, Plaintiffs Taylor Rae Hine, by and through her attorney, hereby moves this Court, before the Honorable David J. Larimer, United States District Judge, at the United States Courthouse for the Western District of New York, located at 100 State Street Rochester, New York, 14614, for an order granting attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and N.Y. C.L.S. Labor §§ 198(1-a), 663(1).

Dated: Flushing, NY
       July 25, 2022

                                                                 Respectfully Submitted

                                                                 TROY LAW, PLLC

                                                                 /s/ John Troy
                                                                John Troy
                                                                Aaron Schweitzer
                                                               Tiffany Troy
                                                               *Attorney for Plaintiff*