# UNITED STATES DISTRICT COURT

**WESTERN** **DISTRICT OF** **NEW YORK**

TAYLOR RAE HINE, on her own behalf
and on behalf of others similarly situated,

**Plaintiff,**

v.    **AMENDED JUDGMENT**
    **CASE NUMBER: 6:22-CV-6075-DGL**

INSOMNIA COOKIES,
KRISPY KREME INC, f/d/b/a Krisy Kreme
Doughnut of New York d/b/a Krispy Kreme,
SETH BERKOWITZ,

**Defendants.**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in Insomnia's Offer of Judgment, the terms of which are incorporated and adopted herein by reference, judgment is hereby entered in favor of plaintiff Taylor Rae Hine and against Insomnia only, in the amount of twelve thousand dollars ($12,000), plus postjudgment interest pursuant to 28 U.S.C. § 1961(a), to be paid by Insomnia, in full and final settlement of all of plaintiff's claims against the defendants arising out of, alleged in, or related to, the facts and transactions alleged in the complaint in this action. It is further

**ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims set forth in the complaint, other than plaintiff's claim for attorney's fees, are dismissed in their entirety against all the defendants, their successors or assigns and any past and present employees, representatives and agents of defendants, with prejudice. It is further

**ORDERED, ADJUDGED, AND DECREED** that defendants shall separately pay reasonable attorney's fees and costs, the amount of which shall be determined by the Court unless the parties otherwise agree on a fee award, to be submitted to the Court for its review and approval. It is further

**ORDERED, ADJUDGED, AND DECREED** that if the judgment amount is not paid by

ninety (90) days following issuance of this judgment, or by ninety (90) days after expiration of time to appeal if no appeal is then pending, whichever is later, the judgment amount shall increase by fifteen percent (15%) pursuant to Section 198(4) of the New York Labor Law; and plaintiff shall have the right to seek enforcement of this Judgment in this or any other court of competent jurisdiction, along with all reasonable attorney's fees and costs incurred in such an enforcement action.

October 4, 2022  
Date

MARY C. LOEWENGUTH  
Clerk of Court  
United States District Court

(By): s/John H. Folwell  
John H. Folwell  
Deputy Clerk