AO 450 (Rev. 5/85) Judgment in a Civil Case
_____

## UNITED STATES DISTRICT COURT

WESTERN  DISTRICT OF  NEW YORK

TAYLOR RAE HINE, on her own behalf
and on behalf of others similarly situated,

**Plaintiff,**

v.

**JUDGMENT FOR ATTORNEY FEES**
**CASE NUMBER: 6:22-CV-6075-DGL**

INSOMNIA COOKIES,
KRISPY KREME INC, f/d/b/a Krisy Kreme
Doughnut of New York d/b/a Krispy Kreme,
SETH BERKOWITZ,

**Defendants.**

☐  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff is awarded the sum of six-thousand ninety-two dollars and eighty cents ($6,092.80) in attorney's fees, and five-hundred thirty-six dollars and eighty cents ($536.80) in costs. That amount shall be paid by defendants within thirty (30) days of the date of the entry of the Decision and Order (docket #35).

November 30, 2022                              MARY C. LOEWENGUTH
Date                                                           Clerk of Court
                                                         United States District Court


                                               (By):   s/John H. Folwell
                                                        John H. Folwell
                                                        Deputy Clerk